UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN KARL RANDOCK, | ) | 1:10-CV-00170 GSA HC |
|             Petitioner, | ) ) | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
|     v. | ) ) | [Doc. #9] |
| NEIL H. ADLER, | ) ) | |
|             Respondent. | ) ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    On March 4, 2010, the undersigned issued an order dismissing the petition for lack of jurisdiction and for failure to state a tenable claim for relief. The Clerk of Court entered judgment the same date. On March 12, 2010, Petitioner filed a motion to vacate judgment pursuant to Federal Rules of Civil Procedure § 60(b).

    Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>     (1) mistake, inadvertence, surprise, or excusable neglect;
>     (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

1        (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
2        (4) the judgment is void;
3        (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
4        (6) any other reason that justifies relief.

Petitioner fails to meet this standard. He claims the Court erred in determining it lacked subject matter jurisdiction to entertain the petition. Even if correct, this contention does not save the petition. As discussed by the undersigned, the petition is also plainly without merit. Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's Motion to Vacate Judgment is DENIED.

IT IS SO ORDERED.

Dated:   **March 23, 2010**               /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE